**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ELIJAH KAUFMANN,**                                                                                              **PLAINTIFF**
**#217-204**

**v.**                                            **Case No. 4:20-cv-00702-LPR**

**ERIC HIGGINS,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on August 7, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 7th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1